The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| TERESA ANN KITZMILLER, | ) CASE NO. 10-61455 |
| | ) |
| Debtor. | ) JUDGE RUSS KENDIG |
| | ) |
| | ) |
| | ) **SECOND PRELIMINARY ORDER** |
| | ) **ON APPLICATION TO PROCEED** |
| | ) **IN FORMA PAUPERIS** |

    This case comes before the Court upon Debtor's application for waiver of the Chapter 7 filing fee, filed on April 8, 2010. On April 13, 2010, the Court requested Debtor to file tax returns. Debtor complied on April 21, 2010. Upon review of the tax returns, the Court requests additional information from Debtor. The application to proceed in forma pauperis indicates Debtor's household size is three and debtor lists two children on Schedule I. However, her 2008 returns only identifies one dependent. In 2009, Debtor filed a 1040EZ form and claimed no dependents. The Court requests an explanation of Debtor's family size and why no dependents were claimed in 2009. Debtor shall file the requested information with the Court by no later than **May 17, 2010**.

    It is so ordered.

                          #     #     #

**Service List**:

Teresa Ann Kitzmiller
3354 Ault Rd
Mineral City, OH 44656

Anthony J. DeGirolamo
Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, OH 44702