Case no. 10-61455-            May 7, 10

I am sending a copy of papers that were filed in the early part of 2009. They were filed by my ex-husband to request permission to claim our daughter every other year as a dependent. We have 2 children together, which he is the residential parent of. He has always claimed our son every year and I claimed our daughter, which was stated in our original divorce decree. However, when my ex-husband realized that our son would be 18 and unemancipated as of Aug. 2010, he decided to file papers to the Court, requesting permission to claim our daughter every other year. The Court granted his request, which you'll find a copy attached hereto. So, that is why I claimed Katelin for 2008, but not for 2009.

Thank You,
Teresa Kitzmiller

FILED
MAY 11 2010
U.S. BANKRUPTCY COURT
CANTON, OHIO

10-61455-rk    Doc 19    FILED 05/11/10    ENTERED 05/12/10 14:33:57    Page 1 of 3

FILED
COURT OF COMMON PLEAS
TUSCARAWAS COUNTY OHIO

2009 MAR 17 A 7:07

ROCKNE W. CLARKE
CLERK OF COURTS

In the Court of Common Pleas
Tuscarawas County, Ohio
General Trial Division

| | | |
|---|---|---|
| **Brock Mann,** <br> 1309 Cross Street <br> Dover, Ohio 44622 <br><br> Plaintiff, <br><br> vs. <br><br> **Teresa Kitzmiller, fka Mann,** <br> 3350 Ault Road <br> Mineral City, Ohio 44656 <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 2003 DC 11 0550 <br><br> Judge  Edward E. O'Farrell <br> Magistrate  Karen Zajkowski <br><br><br><br> **Agreed Magistrate's Order/** <br> **Judgment Entry** |

*******

This matter came on to be heard, pursuant to the agreement of the parties herein, as regards the issue of **tax exemptions**.

Both parties agree that starting with calendar year 2009 the parties' prior order is hereby modified to indicate that for calendar year 2009 the Plaintiff, Brock Mann, shall be allowed to claim Katelin for tax exemption purposes. Starting in calendar year 2010 and all even-numbered

Page 1 of 2

10-61455-rk    Doc 19    FILED 05/11/10    ENTERED 05/12/10 14:33:57    Page 2 of 3

years thereafter, the Defendant, Teresa Mann, shall be allowed to claim the minor child, Katelin, so long as she is current in her child support for that particular calendar year. The parties shall then continue to alternate tax exemptions as outlined herein until the minor child becomes emancipated.

For all other intents and purposes, the court's prior order dated April 12, 2004 shall remain in full force and effect.

The Clerk of Courts is hereby directed to close case file and remove from active pending docket. Costs to be paid one half by each party.

Approved and Objections Waived. It is So Ordered.

_____
Scott J. Mastin
Attorney for Brock Mann

_____
Brock Mann

_____
Teresa Kitzmiller

_____
Karen Zajkowski, Magistrate 3/13/09

_____
Edward E. O'Farrell, Judge 3/16/2009

cc: Attorney Scott J. Mastin
     Plaintiff
     Defendant